JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| SHU WANG,<br>Petitioner,<br>v.<br>WARDEN OF DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-05976-FWS-BFM<br>**JUDGMENT** |

Pursuant to the Order Rejecting Report and Recommendation [8] and Denying Petition [1], **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition is **DENIED**. Petitioner shall take nothing on his claims against Respondents in this action. The court **DIRECTS** the Clerk of Court to close this case.

DATED: October 29, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES MAGISTRATE JUDGE